United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| NURBOLOT MISIRBEKOV, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:25-cv-00168 |
| FRANK VENEGAS, et al., | § | |
| "Respondents." | § | |

## <u>ORDER</u>

The Court previously granted Petitioner's habeas petition and kept the case open pending a status report from Respondents confirming their compliance with the Court's order. Dkt. No. 17. Because that report has been filed, Dkt. Nos. 18 & 19, the Clerk of the Court is hereby **ORDERED** to close this case.

Signed on  January 5, 2026.

Rolando Olvera
United States District Judge